

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Brazos Valley Roadrunners, LLC,
Appellant

No. 06-20-00088-CV          v.

Randall Hargrove, Appellee

Appeal from the County Court at Law No. 2 of Brazos County, Texas (Tr. Ct. No. 6125-B). Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Brazos Valley Roadrunners, LLC, pay all costs incurred by reason of this appeal.

RENDERED APRIL 23, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk